UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

SHERONIA SAMUELS

                Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 10-47677-cec
(Chapter 13)

Assigned to:
Hon. CARLA E. CRAIG
Bankruptcy Judge

      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of HOME LOAN SERVICES, INC. in the within proceeding.

      Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    September 13, 2010
             Buffalo, New York

                    Yours, etc.
                    STEVEN J. BAUM, P.C.
                    Attorneys for HOME LOAN SERVICES, INC.

By: _____
      Randa R. Simmons, Esq.
      Office and Post Address:
      220 Northpointe Parkway, Suite G
      Amherst, NY 14228
      Telephone 716-204-2400

TO:

CLERK, UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East
Brooklyn, NY 11201

DENRICK COOPER, PC      Attorney for Debtor
207-23 Hillside Ave
Queens Village, NY 11427

MICHAEL J. MACCO, ESQ.      Chapter 13 Trustee
135 Pinelawn Road
Suite 120 South
Melville, NY 11747