Home Loan Services, Inc.
P.O. Box 1838
Pittsburgh, PA 15230-1838



September 21, 2010

US BANKRUPTCY COURT
OFFICE OF THE CLERK OF COURT
271 CADMAN PLZ E
BROOKLYN NY 11201

RE: NOTICE OF SERVICING TRANSFER

| | |
|---|---|
| Loan Number: | 1044642252 |
| Bankruptcy Case Number: | 10-47677 |
| Debtor: | Sheronia Samuels |
| Property Address: | 87 -01 Clover Pl |
| | Hollis NY 11423 |
| New Servicer: | Select Portfolio Servicing, Inc. |
| Transfer Date: | October 1, 2010 |

Dear Sir or Madam:

Effective October 1, 2010, the servicing on the loan referenced above has been transferred from Pnc Bank, National Assoc. to Select Portfolio Servicing, Inc. Please see that all future correspondence is sent to the following address:

Select Portfolio Servicing, Inc.
Attn: General Correspondence
P.O. Box 65250
Salt Lake City, UT 84165-0250

If you have any questions, please call the Bankruptcy Department at 1.800.346.6437.

Sincerely,

Bankruptcy Department

BK054/VM0