UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

**AFFIDAVIT OF MAILING**

In Re:

SHERONIA SAMUELS

        Debtor.

Case No.: 10-47677-cec
(Chapter 13)

Assigned to:
Hon. CARLA E. CRAIG
Bankruptcy Judge

---

| STATE OF NEW YORK | ) |
|---|---|
| COUNTY OF ERIE | ) SS: |
| CITY OF BUFFALO . | ) |

Sarah Plant, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the City of North Tonawanda, New York.

That on the 6th day of October, 2010, deponent served the within Objection to Confirmation by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

| | |
|---|---|
| Sheronia Samuels<br>87-01 Clover Place<br>Holliswood, NY 11423 | Debtor |
| DENRICK COOPER, PC<br>207-23 Hillside Ave<br>Queens Village, NY 11427 | Attorney for Debtor |
| MICHAEL J. MACCO, ESQ.<br>135 Pinelawn Road<br>Suite 120 South<br>Melville, NY 11747 | Chapter 13 Trustee |

_____
Sarah Plant

Subscribed and sworn to before me
this 6th day of October, 2010.

_____
Notary Public

**Nancy J. Benzin**
**Notary Public - State of New York**
**Qualified in Erie County**
**My Comm. Expires Apr. 14, 2014**