UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE:
                                                Chapter 13
                                                Case No. 10-47677

        Sheronia Samuels                   3rd AMENDED
                                                CHAPTER 13 PLAN

                        Debtor,
-------------------------------------------------------------x

1.     The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee, inclusive of the trustee's fee, for a total period of 60 months, the sum of:

   $ 1222 commencing September 13, 2010 through and including February 13, 2011 for a period of 6 months and $1642 commencing March 13, 2011 through and including July 13, 2011 for a period of 5 months, $2236 commencing August 13, 2011 through and including September 13, 2015 for a period of 49 months, which includes pre-petition arrears of $96,000 to First Franklin Loan Services, loan number 1044642251.

2.    From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   (c) After distribution to secured creditors, surplus to be distributed among the unsecured creditors.

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**


First Franklin Loan Services, (first mortgage) 150 Allegheny Center Mall, Pittsburgh, Pa. 15212 , loan number 1044642251, for property located at 87-01 Clover Place, Holliswood, New York 11423, to be paid $4850 outside of the Plan.

First Franklin Loan Services, (second mortgage), will be stripped and treated as unsecured.

Municipal Credit Union, loan number 10588570201, for 2006 Mercedes Benz, to be paid $594 outside of the Plan ending July 2011. Loan ends July 2011, loan balance is $7093.

3. **Subsequent to distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim of not less then 5% (percent).**

4. All lease agreements are hereby assumed unless specifically rejected as follows: NONE

5. All tax returns of the debtor are subject to the jurisdiction of the Court. All tax refunds exceeding the exemption would be turned over to the Trustee upon request.
6.

Title to the debtors(s) property located at 87-01 Clover Place, Holliswood, New York, shall revest in the debtor upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan.</u> Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

<u>s/Denrick Cooper, Esq.</u>
Attorney for Debtor

<u>s/Sheronia Samuels</u>
Debtor
Dated: 10/29/2010